THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL HARRICH,

* Amd. by Laws of 1920, chap. 833.— [REP.

Appellant.— Judgment of the Court of Special Sessions convicting defendant of an attempt to corrupt an employee in violation of section 439 of the Penal Law affirmed. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.